AO 440 (Rev. 12/09) Summons in a Civil Action

## Summons and Complaint Return of Service

Case No. 3:11-cv-12062-LPZ -MJH
Hon. Lawrence P. Zatkoff

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served: Stoneleigh Recovery Associates, LLC

Date of Service: May 16, 2011

### Method of Service

___ Personally served at this address:

___ Left copies at defendant's usual place of abode with (name of person):

_X_ Other (specify): Served via certified mail at registered agent: CSC, 601 Abbot, E. Lansing, MI 48823

___ Returned unexecuted (reason):

**Service Fees:** Travel $_____  Service $ 6.43  Total $ 6.43

### Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: Jarrod Barron

Signature of Server: [signature]

Date: 6/7/11

Server's Address: 1555 W. Lansing Road, Morrice, MI 48857