UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Allan Davisson

          Plaintiff(s),

v.

Stoneleigh Recovery Associates, LLC

          Defendant(s).
_____/

Case No. 3:11−cv−12062−LPZ −MJH

Judge Lawrence P. Zatkoff

Magistrate Judge

## REQUEST FOR CLERK'S ENTRY OF DEFAULT

In accordance with Fed. R. Civ. P. 55(a), I request that a Clerk's Entry of Default be entered against Stoneleigh Recovery Associates, LLC for failure to plead or otherwise defend.

## **AFFIDAVIT**

In support of my request for Clerk's Entry of Default, I state that:

1. The summons and complaint were served on Stoneleigh Recovery Associates, LLC at Registered Agent: CSC, 601 Abbot, E. Lansing, MI 48823 by certified mail.

2. The defendant has failed to plead or otherwise defend in accordance with Fed. R. Civ. P. 12.

3. The defendant is not an infant, incompetent person or a member of the military service.

4. This statement is true and is signed under the penalty of perjury.

Date: June 7, 2011

s/ Jarrod Barron

P55353
Jarrod Barron, PLLC
1555 W. Lansing Road
Morrice, MI 48857
517-481-3521
jarrodbarron@yahoo.com