UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Allan Davisson,

                      Plaintiff(s),

v.                                                 Case No. 2:11–cv–12062–LPZ–MJH
                                                   Hon. Lawrence P. Zatkoff

Stoneleigh Recovery
Associates, LLC,

                      Defendant(s).

_____

**CLERK'S ENTRY OF DEFAULT**

Party in Default:  Stoneleigh Recovery Associates, LLC

   The default of the party named above for failure to plead or otherwise defend is entered.

**Certificate of Service**

   I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                                   DAVID J. WEAVER, CLERK OF COURT

                                                   By: s/ T McGovern
                                                        Deputy Clerk

Dated:  June 7, 2011